JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BARRACK, | ) Case No. SACV 14-1470-PA (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| OFFICER RIMMER et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 30, 2015  _____
PERCY ANDERSON
U.S. DISTRICT JUDGE